UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMMY Q. GILMORE,

    Plaintiff,

v.                                 Case No. 8:12-cv-1415-T-33MAP

UNITED STATES POSTAL SERVICE,
ET AL.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 73), filed on September 5, 2013, recommending that Plaintiff's Motions for Leave to Proceed on Appeal *in forma pauperis* (Doc. ## 71, 72) be denied. In the Report and Recommendation, Judge Pizzo characterizes as "plainly frivolous" Plaintiff's appeal of this Court's August 14, 2013, Order granting the Government's Motion to Dismiss as an unopposed motion and dismissing this case without prejudice after Plaintiff failed to respond to the Motion to Dismiss. (Doc. # 73 at 2). Judge Pizzo concludes that Plaintiff has "little or no chance of success" on appeal and recommends that the Court find Plaintiff's appeal to be frivolous and not taken in good faith. (Id.). Judge Pizzo also examines Plaintiff's affidavit of indigency and determines that "it

does not appear that Plaintiff's access to the courts is blocked by her financial status." (Id.).

Plaintiff filed an objection to the Report and Recommendation. (Doc. # 74). Defendant has not responded to Plaintiff's objection, and the time for Defendant to do so has now elapsed. Nevertheless, the Court overrules Plaintiff's objection and adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro

Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Here, the Report and Recommendation thoroughly and thoughtfully addresses the issues presented, and Plaintiff's arguments raised in her objection do not provide a basis for rejecting the Report and Recommendation. After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 73) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Motions for Leave to Proceed on Appeal *in forma pauperis* (Doc. ## 71, 72) are **DENIED.**

(3) The Court certifies that the appeal is not taken in good faith and directs the Clerk to notify the Court of Appeals of this ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of October, 2013.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record